

**Main Seep Prior to Restoration**
**Photo:  NCES (8/1/2010)**



**Mouth of Stream Bed**
**Photo:  Sanborn Head (9/16/2010)**



**Lower Stream Bed from Seep**
**Photo:  Sanborn Head (9/16/2010)**



**Main Seep After Restoration**
**Photo:  Sanborn Head (9/16/2010)**