UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TOXICS ACTION CENTER, INC., and <br> CONSERVATION LAW FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> CASELLA WASTE SYSTEMS, INC., and NORTH COUNTRY ENVIRONMENTAL SERVICES, INC., <br><br> Defendants. | Case No. 1:18-cv-00393-PB |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY, AND FOR EXTENSION OF TIME, IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Plaintiffs Toxics Action Center, Inc., and Conservation Law Foundation respectfully move the Court, pursuant to Local Rule 7.1(e)(2), for leave to file a reply memorandum in support of their Motion for a Protective Order (ECF #61), and for a one-week extension of time in which to file the reply, pursuant to Local Rule 7.2(a). The Defendants assent to all relief sought in this motion.

Plaintiffs filed their motion for a protective order on October 10, 2019. After receiving two extensions of time, Defendants filed their objection to the motion on November 12, 2019 (ECF #65). A reply memorandum would be due on November 19, 2019; this motion is being filed within seven days of service of Defendants' objection. Defendants assent to both the filing of a reply and to a one-week extension of time to file the reply, until November 26, 2019. Because the case is presently stayed, the requested relief will not affect any aspect of the case schedule.

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

1. Grant leave for Plaintiffs to file a reply memorandum in support of their motion for protective order.

2. Extend the deadline for Plaintiffs to file their reply to November 26, 2019.

                                                    Respectfully submitted,

                                                    TOXICS ACTION CENTER, INC., and
                                                    CONSERVATION LAW FOUNDATION

Dated: November 15, 2019                           By their Attorneys,

| | |
|---|---|
| /s/ Joshua R. Kratka | /s/ Thomas F. Irwin |
| Joshua R. Kratka (MA Bar #544792) | Thomas F. Irwin (NH Bar #11302) |
| *Admitted pro hac vice* | Conservation Law Foundation |
| National Environmental Law Center | 27 North Main Street |
| 294 Washington Street, Suite 500 | Concord, NH 03301 |
| Boston, MA 02108 | (603) 573-9139 |
| (617) 747-4304 | *Attorney for Conservation Law Foundation* |
| *Attorney for Conservation Law Foundation and Toxics Action Center* | Email: tirwin@clf.org |
| Email: josh.kratka@nelconline.org | /s/ Daniel J. Mullen |
| | Daniel J. Mullen (NH Bar #1830) |
| /s/ David A. Nicholas | Ransmeier & Spellman P.C. |
| David A. Nicholas (MA Bar #553996) | One Capitol Street |
| *Admitted pro hac vice* | Concord, NH 03301 |
| 20 Whitney Road | (603) 410-6643 |
| Newton, MA 02460 | *Attorney for Toxics Action Center* |
| (617) 964-1548 | Email: dmullen@ranspell.com |
| *Attorney for Toxics Action Center* | |
| Email: dnicholas100@gmail.com | |

2

**CERTIFICATE OF CONFERENCE**

  I hereby certify that Plaintiffs have in good faith conferred with Defendants regarding Plaintiffs' motion for leave to file a reply and for an extension of time.

                */s/ Joshua R. Kratka*
                Joshua R. Kratka

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 15, 2019, I filed a copy of this document with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

                */s/ Joshua R. Kratka*
                Joshua R. Kratka