UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                                )
TOXICS ACTION CENTER, INC.                      )
and CONSERVATION LAW FOUNDATION,                )
                                                )
                      Plaintiffs                )
                                                )
         v.                                     )         Case No. 1:18-cv-00393-PB
                                                )
CASELLA WASTE SYSTEMS, INC.                     )
and NORTH COUNTRY                               )
ENVIRONMENTAL SERVICES, INC.,                   )
                                                )
                      Defendants                )
_____  )

**<u>JOINT STATUS REPORT</u>**

Plaintiffs, Toxics Action Center, Inc. (now known as Community Action Works, Inc.) and Conservation Law Foundation, and Defendants, Casella Waste Systems, Inc. and North Country Environmental Services, Inc., submit the following status report in response to the Court's request.

The Court lifted the stay on May 12, 2020.  The parties have completed paper discovery, expert discovery, and depositions for the Plaintiffs' original claim, with the exception of the depositions of the Plaintiffs' four organizational witnesses.  In light of the Court's June 18, 2020 order and instructions regarding the application of the associational privilege, the parties intend to schedule those remaining depositions.

On May 15, 2020, the Plaintiffs issued a second 60-day pre-suit notice letter to the defendants and state and federal governments concerning a claim they seek to add to their Complaint.  When the 60-day notice period expires on July 15, 2020, the Plaintiffs intend to file a motion to amend the Complaint.  The Defendants will oppose the motion to amend.  The

1

parties intend to meet and confer and file a report concerning a proposed case management schedule after the Court rules on the motion to amend.

Respectfully submitted,

TOXICS ACTION CENTER, INC., and
CONSERVATION LAW FOUNDATION,
By Their Attorneys,

Date:  June 30, 2020

*/s/ Joshua R. Kratka   .*
Joshua R. Kratka, Esq. (MA Bar #544792)
*Admitted pro hac vice*
Margaret M.A. Nivison, Esq. (MA Bar #699047)
*Admitted pro hac vice*
Charles C. Caldart, Esq. (MA Bar #547064)
*Admitted pro hac vice*
National Environmental Law Center
294 Washington Street, Ste. 500
Boston, MA 02108
(617) 747-4333
*Attorneys for Conservation Law Foundation
and Toxics Action Center*

Thomas Irwin, Esq. (NH Bar #11302)
Conservation Law Foundation
27 North Main Street
Concord, NH 03301
(603) 537-9139
*Attorney for Conservation Law Foundation*

Daniel J. Mullen, Esq. (NH Bar #1830)
Ransmeier & Spellman P.C.
One Capitol Street
Concord, NH 03301
(603) 410-6643
*Attorney for Toxics Action Center*

David A. Nicholas, Esq. (MA Bar #553996)
*Admitted pro hac vice*
20 Whitney Road
Newton, MA 02460
(617) 964-1548
*Attorney for Toxics Action Center*

2

NORTH COUNTRY ENVIRONMENTAL
SERVICES, INC. and
CASELLA WASTE SYSTEMS, INC.,
By Their Attorneys,

Date:  June 30, 2020

*/s/ Cooley A. Arroyo*
Bryan K. Gould, Esq. (NH Bar #8165)
Cooley A. Arroyo, Esq. (NH Bar #265810)
Callan E. Sullivan, Esq. (NH Bar #20799)
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, P.O. Box 1137
Concord, NH 03302-1137
Telephone: (603) 224-7761
Facsimile:  (603) 224-6457

## CERTIFICATE OF SERVICE

I hereby certify that the within pleading is being served electronically upon counsel listed below through the court's ECF system.

Daniel J. Mullen, Esq., Ransmeier & Spellman P.C.
David A. Nicholas, Esq., Nicholas Law Office
Joshua R. Kratka, Esq., National Environmental Law Center
Margaret M.A. Nivison, Esq., National Environmental Law Center
Kevin P. Budris, Esq., National Environmental Law Center
Thomas Irwin, Esq., Conservation Law Foundation
Charles C. Caldart, Esq., Conservation Law Foundation

Date:  June 30, 2020

*/s/ Cooley A. Arroyo*
Cooley A. Arroyo, Esq.