```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Toxics Action Center, Inc., et al.

    v.

                                  Case No. 18-cv-393-PB

Casella Waste Systems, Inc. et al

## JUDGMENT

In accordance with the Order Approving Settlement Agreement by Judge Paul Barbadoro dated January 11, 2022, judgment is hereby entered.

                                            By the Court:

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          Clerk of Court

Date: January 11, 2022

cc: Counsel of Record